Case 3:12-cr-30311-DRH Document 10 Filed 05/13/14 Page 1 of 18 Page #75 of 9
Case 3:12-mj-03112-DGW *SEALED* Document 1 Filed 07/12/12 Page 1 of 14 Page ID #4
Page ID #44

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JUL 12 2012**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE MATTER OF THE SEARCH OF )
)
A VERIZON CELLULAR TELEPHONE, ) CASE NUMBER 12-mj-3112-DGW
MODEL DROID X2, BEARING SERIAL )
NUMBER SJUG6250, AND TELEPHONE )
NUMBER 618-889-0424. ) **FILED UNDER SEAL**
)

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

I, Mark Krug, being duly sworn and deposed state:

I am a Special Federal Officer (SFO) with the Federal Bureau of Investigation (FBI) sponsored Metro-East Cyber Crimes and Analysis Task Force, and I have reason to believe that stored within the following:

**A VERIZON CELLULAR TELEPHONE, MODEL DROID X2, BEARING SERIAL NUMBER SJUG6250, AND TELEPHONE NUMBER 618-889-0424,**

which is in the possession of the FBI, Fairview Heights Resident Agency, within the Southern District of Illinois, there is now concealed certain electronic data files, namely:

**SEE ATTACHED LIST, ENTITLED "ATTACHMENT A,"**

which constitutes evidence of the commission of a criminal offense or which is contraband, the fruits of crime, or things otherwise criminally possessed, or which is or has been used as the means of committing an offense in violation of Title 18, United States Code, Sections 2251(a) (Production of Child Pornography), and 2423(b) (Travel With Intent to Engage in Illicit Sexual Conduct). The facts to support the issuance of this Search Warrant are as follows:

**AFFIDAVIT**

I, Mark Krug, being first duly sworn state:

Case 3:12-mj-03112-DGW *SEALED* Document 10 Filed 05/13/14 Page 2 of 18 PageID #78 of 9
Case 3:12-mj-03112-DGW *SEALED* Document 10 Filed 05/13/14 Page 2 of 18 PageID #78
Case 3:12-mj-03112-DGW *SEALED* Document 1 Filed 07/12/12 Page 2 of 14 Page ID #5

1. I am a Special Federal Officer (SFO) with the Federal Bureau of Investigation (FBI), assigned to the Metro-East Cyber Crimes and Analysis Task Force (MCCA), in the Fairview Heights, Illinois, Resident Office. MCCA is an FBI sponsored Task Force assembled to combat a variety of cyber-related crime in the Metro-East area. MCCA is comprised of law enforcement personnel from approximately 15 different local, state, and federal agencies. I have been assigned to the MCCA for approximately six years.

I was assigned to the MCCA by the Collinsville Police Department, and I have worked as a sworn police officer for approximately 17 years. During this time, I have investigated and assisted in the investigation of a variety of state and federal offenses, including on-line exploitation of children, the possession, receipt, and transmission of images of child pornography, and sexual offenses against children. In addition to my involvement in assisting or conducting such investigations, I have also gained knowledge, experience, and training in such investigations through training seminars, classes, and work with other state and federal cyber-crime investigators. Through training and experience and work with other cyber-crimes investigators, I have learned about the habits of child pornography collectors, distributors, and producers, those who exploit children online, and those who commit sexual offenses against children. I have been trained in the search and recovery of computers and peripherals, in the extraction of computer data and data from cellular telephones, in the forensic preview of a computer of a suspect, and in imaging computer hard drives.

2. I began an investigation of the activities of Matthew Staszak, age 29, on or about May 25, 2012. At the time the investigation began, Staszak, a member of the U.S. Navy, was stationed at Parris Island Marine Depot, Beaufort, South Carolina. Matthew Staszak is now under indictment in *United States v. Matthew Staszak*, Criminal No. 12-CR-40064-JPG. During the course of the investigation, a search warrant was sought in the District of South Carolina for Staszak's Verizon cellular telephone bearing telephone number 618-889-0424, the same cellular telephone described in the style of this Application and Affidavit for Search Warrant [the subject

2

telephone].

3. The Application for a Search Warrant and the Affidavit in Support of a Search Warrant filed in the United States District Court for the District of South Carolina [the S.C. Application and Affidavit], are attached hereto and incorporated by reference herein, as Exhibit A.

4. On June 8, 2012, based upon the S.C. Application and Affidavit, a United States Magistrate Judge issued a Search and Seizure Warrant [the S.C. Search Warrant] for the subject telephone. A copy of the S.C. Search Warrant is attached hereto and incorporated by reference herein as Exhibit B.

5. Also on June 8, 2012, the S.C. Search Warrant was served on the defendant by FBI Special Agent George Graves, assigned to the Hilton Head Resident Agency, South Carolina. Before serving the S.C. Search Warrant, Agent Graves noticed that although the style of the S.C. Search Warrant correctly identified the defendant's cellular telephone number, the body of the search warrant did not, apparently due to a word processing error.[1] Agent Graves corrected the error by inter-lineation and initialed and dated the correction, before serving the S.C. Search Warrant on the defendant. The corrected version was later filed with the South Carolina District Court when Agent Graves made the Return on the search warrant. A copy of the corrected S.C. Search Warrant is attached hereto and incorporated by reference herein as Exhibit C.

6. After the seizure of the subject telephone from the defendant, it was given to me by Agent Graves, and I transported it back to the FBI Resident Agency in Fairview Heights, Illinois, where the investigation is based and where the search is to be conducted. The subject

---

[1] During the preparation of the S.C. Search Warrant by the U.S. Attorney's Office for the District of South Carolina, a search warrant from a previous case was used as a "go-by," and the cellular telephone number in the body of the search warrant from that case was inadvertently left unchanged during word processing.

3

telephone is in evidence. To date, it has not been searched.

7. The defendant was also interviewed by Agent Graves at the time the subject telephone was seized, and he made various admissions regarding his ongoing illicit sexual relationship with ▇, including but not limited to the following:

a. The defendant admitted exchanging posts with ▇ on Facebook beginning in 2010 before he met her in person.

b. The defendant admitted his sexual relationship with ▇ started in 2010 when ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. At that time, she was ▇ and he was 27. Their relationship continued through the time of his interview with the FBI.

c. The defendant admitted having ▇▇▇▇▇▇▇▇▇▇ in four states, and specifically at locations in Marion, Illinois, within the Southern District of Illinois, when ▇▇▇▇.

d. On one occasion in Marion, Illinois, the defendant used the subject telephone to record the two of them ▇▇▇▇▇▇. He claimed he deleted the recording the same day it was made.

e. The defendant admitted that when not in ▇'s company, he used the subject telephone to maintain contact with ▇, that he used the subject telephone to receive what he described ▇▇▇▇▇▇▇ (▇'s description of the photographs would constitute ▇▇▇▇), which he may or may not have deleted, and that he used the subject telephone to send ▇ pictures of his genitalia.

f. The defendant admitted that he purchased a cellular telephone for ▇ and added her to his Verizon contract. The defendant stated that he has not changed his cellular telephone or cellular telephone number (the subject telephone) since his relationship with ▇ began. His cellular telephone number is 618-889-0424, as



4

set forth in the style of this Application and Affidavit for Search Warrant.

8. Even if Facebook posts, video and photographs have been deleted from the subject telephone, it is possible to retrieve these items and other stored information with specialized equipment.

9. The defendant was arrested in South Carolina on a Criminal Complaint obtained in this district on June 8, 2012.

10. At a hearing in South Carolina on June 14, 2012, the attorney for the defendant made a motion before the Magistrate Judge for the return of the subject telephone and for the return of "the fruits of its search," based on the alleged misconduct of Agent Graves when he corrected the S.C. Search Warrant by inter-lineation of the word processing error. Transcript of Preliminary and Detention Hearing held on Thursday, June 14, 2012, p. 2, attached hereto and incorporated by reference herein, as Exhibit D. The Magistrate Judge ordered that the subject telephone not be searched (it has not been searched to this day), and ordered the government to file a response to the defendant's motion, and took the matter under advisement until the following day. *Id.*, pp. 5-6

11. On June 15, 2012, the defendant also filed a motion to suppress the search and seizure of the subject telephone. The Magistrate Judge filed a written Order denying the defendant's motions. The Order is attached hereto and incorporated by reference herein as Exhibit E. The Magistrate Judge concluded that the motion to suppress was not properly filed in the District of South Carolina, and construed the defendant's motion as limited to a motion for the return of property. She found that Agent Graves acted in good faith and with no intent to deceive when correcting the word processing error.

12. Due to the challenge of the S.C. Search Warrant based upon Agent Graves's correction of a word processing error, out of an abundance of caution, I am requesting a search warrant for the subject telephone in this district where the telephone is now located. This will assure that there can be no challenge to the good faith of the FBI in proceeding with a search of

5

the subject telephone and that the search warrant is free from the word processing error which occurred in South Carolina. As stated, the affidavit filed in support of the application for search warrant in the District of South Carolina is incorporated by reference herein, and those facts will not be reiterated here.

13. Disclosure of the contents of the Application and Affidavit for Search Warrant and the Search Warrant, which includes previous documents filed under seal, could compromise witnesses who have provided information to the FBI.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Mark Krug, Special Federal Officer
Federal Bureau of Investigation

STEPHEN R. WIGGINTON
United States Attorney

_____
KIT R. MORRISSEY or ANGELA SCOTT
Assistant United States Attorneys

State of Illinois      )
                       ) SS.
County of St. Clair    )

Sworn to before me, and subscribed in my presence on the _____ day of July 2012, at East St. Louis, Illinois.

_____
DONALD G. WILKERSON
United States Magistrate Judge

## ATTACHMENT A

Any and digital files, including files revealing contact with minors, including contact names and telephone numbers, any and all digital images, any and all text messages, the content of any and all voice mail saved on the telephone messages, passwords needed to access the defendant's cellular telephone.

7

Case 3:12-mj-03112-DGW *SEALED* Document 10 Filed 05/13/14 Page 1 of 18 PageID #82
Case 3:12-mj-03112-DGW *SEALED* Document 10 Filed 07/12/12 Page 8 of 14 Page ID #11
Page ID #51

9:12-cr-00472-BHH    Date Filed 06/08/12   Entry Number 1   Page 1 of 7

AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

In the Matter of the Search of  )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*  )   Case No. 9:12-cr-472
Cellular telephone having number 618-889-0424,  )
utilized by Matthew STASZAK  )
 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____ District of ___South Carolina___ *(identify the person or describe property to be searched and give its location):* cellular telephone having number 843-518-7033, utilized by Matthew STASZAK

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):* Evidence of violations of Title 18, United States Code, Sections 2251(a), 2252, 2252A, 2422(b) and 2423.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of __18__ U.S.C. § __2251(a), 2252__, and the application is based on these facts: See attached affidavit                                          2252A, 2422(b) and 2423

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

SA George Graves, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __06/08/2012__

*Judge's signature*

City and state: Charleston, SC

Bruce H. Hendricks, United States Magistrate Judge
*Printed name and title*

EXHIBIT A

Case 3:12-mj-03112-DGW *SEALED* Document 10 Filed 05/13/14 Page 9 of 18 Page ID #53
Case 3:12-mj-03112-DGW *SEALED* Document 3-5 Filed 07/12/12 Page 9 of 14 Page ID #12
9:12-cr-00472-BHH    Date Filed 06/08/12    Entry Number 1    Page 2 of 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN THE MATTER OF THE SEARCH OF:           )
CELLULAR TELEPHONE HAVING NUMBER          )
(618) 889-0424                            )
                                          )

### AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, George E. Graves, Jr., being duly sworn, do hereby depose and state that I am a Special Agent of the Federal Bureau of Investigation (FBI) duly appointed according to law and acting in as such.

### AFFIANT'S EXPERIENCE & BACKGROUND

1. I am a Special Agent of the FBI and have been so employed for sixteen years. I have been assigned to the Columbia Field Office, with duty in the Hilton Head Resident Agency, Bluffton, South Carolina since August 2011. Prior to my assignment in the Columbia Field Office, I was assigned to the Newark Field Office for fifteen years, where I investigated numerous White Collar and Violent Crime cases.

2. As a Special Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I am investigating the activities of Matthew L. Staszak and allegations that Staszak has engaged in illicit sexual activity with a minor, is in possession of visual depictions of such conduct, and transportation with the intent to engage in criminal sexual activity. This case was initiated by the Federal Bureau of Investigation, Springfield, Illinois Division. The statements in this Affidavit are based in part on information provided by the case agents with intimate knowledge of the case. I have been briefed by the case agents regarding the salient facts of this case. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that evidence, fruits, and instrumentalities of the violation of Title 18, United States Code, Sections 2251(a), 2252, 2252A, and 2423(b) are present on the **Subject Phone**.

1